UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELISHA RIGGLEMAN,

    Petitioner,

v.   Case No: 5:20-cv-152-VMC-PRL

WARDEN, FCC COLEMAN- USP I,

    Respondent.

## ORDER TO SHOW CAUSE

On April 14, 2020, Elisha Riggleman's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 was transferred to this Court. (Docs. 41, 42.) Petitioner alleged the Bureau of Prisons ("BOP") improperly calculated his sentence under the First Step Act ("FSA"). *Id.* According to the BOP's website, Petitioner was released from custody on September 13, 2022.[1] Petitioner has not notified the Court of any change of address. His release appears to have rendered his request for relief moot.

Accordingly, within FOURTEEN (14) DAYS from the date of this Order, Petitioner shall show cause why this case should not be dismissed as moot. Petitioner's failure to timely respond to this Order shall result in the dismissal of this case without further notice.

IT IS SO ORDERED.

DONE AND ORDERED at Ocala, Florida, on January 23, 2023.

Copies to:   Elisha Riggleman, *pro se*
            Counsel of Record

---

[1] Federal Bureau of Prisons, Find an Inmate, https://www.bop.gov/inmateloc/ (last visited Nov. 18, 2022).